# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| UNITED STATES OF AMERICA | Plaintiff(s) | 2:19CR0036-JAK-2 |
| V. Juan Bautista Martinez | Defendant(s). | **WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Juan Bautista Martinez

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint  ☐ Indictment
☐ Information  ☒ Order of Court  ☐ Violation Petition  ☐ Violation Notice

charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

Violation of Pretrial Release

REC'D USMS C/CA LA
06/19/2020

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 4 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**ARRESTED WITHIN THE C/CA**
[ ] PHYSICAL        [X] SURRENDER
[ ] DIRECTED        [ ] DETAINER
[ ] OTHER AGENCY
BY: USMS-LA., CA
ON: 08-23-2021
SIGNED: _____

in violation of Title 18   United States Code, Section(s) 3148

| Kiry K. Gray | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | June 18, 2020 at Los Angeles, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Cheryl Wynn | John A. Kronstadt, U.S. District Judge |
| SIGNATURE OF DEPUTY CLERK | By: NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

_____

DATE RECEIVED                                  NAME OF ARRESTING OFFICER

DATE OF ARREST                                 TITLE

**DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO**                        SIGNATURE OF ARRESTING OFFICER

G-04   (10/15)                   **WARRANT FOR ARREST**